# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2512

_____

Steve Scott Bader

*Plaintiff - Appellant*

v.

Rush, Field Sergeant, North Central Unit; Cooper, Field Lieutenant, North Central Unit; Peters, Corporal, North Central Unit; Hatman, Lieutenant, North Central Unit Laundry Supervisor

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

_____

Submitted: November 30, 2015
Filed: December 8, 2015
[Unpublished]

_____

Before SMITH, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Steve Bader appeals the district court's[1] preservice dismissal, without prejudice, of his 42 U.S.C. § 1983 action. Having carefully reviewed the record and Bader's arguments on appeal, we conclude that the dismissal was proper for the reasons stated below. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (28 U.S.C. § 1915(e)(2)(B)(ii) dismissal is reviewed de novo); Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (28 U.S.C. § 1915A dismissal is reviewed de novo). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

───────────────────────────

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.